E-FILED 12/11/14

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL R. FLYNN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:14-CV-01412-PSG (Ex)<br><br>The Honorable Philip S. Gutierrez<br><br>Courtroom: 880<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on December 9, 2014, that Plaintiff's Complaint is DISMISSED with prejudice.

DATED: 12/11/14

PHILIP S. GUTIERREZ
_____
Honorable Judge Philip S. Gutierrez